■ In the Matter of FRANCIS A. ALOI, an Attorney.—Order

of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Dillon, P. J., Callahan, Doer, Denman and Green, JJ. (Order entered Sept. 8, 1988.)